(Official Form 1) (9/01)

**FORM B1**

**United States Bankruptcy Court**

WESTERN **District of** NEW YORK

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): WRIGHT, RUTH | Name of Joint Debtor (Spouse) (Last, First, Middle): NONE |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): NONE | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): 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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 150 Steven Drive Cheektowaga, NY 14227 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: ERIE | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): N/A | Mailing Address of Joint Debtor (if different from street address): **03-19269** |
| Location of Principal Assets of Business Debtor (if different from street address above): N/A | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [X] Individual(s)  [ ] Railroad | | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13 |
| [ ] Corporation  [ ] Stockbroker | | [ ] Chapter 9   [ ] Chapter 12 |
| [ ] Partnership  [ ] Commodity Broker | | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____ | | |

**Nature of Debts** (Check one box)

[X] Consumer/Non-Business   [ ] Business

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | | | | | | | |

FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

WRIGHT, RUTH

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | NO PRIOR BANKRUPTCIES | Case Number: | Date Filed: |
|---|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ruth Wright*
Signature of Debtor   RUTH WRIGHT

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

12/10/03
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
RICHARD T. VALLONE, ESQ.
Printed Name of Attorney for Debtor(s)
WOJTAN, VALLONE & GAGOLA
Firm Name
2956 Union Road
Address
Cheektowaga, NY 14227
(716) 681-3355
Telephone Number
12/10/03
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____ 12/10/03
Signature of Attorney for Debtor(s)  RICHARD  Date
T. VALLONE, ESQ.

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

Western _____ DISTRICT OF New York _____

In re: _____     Case No. _____
(Name)                                                          (if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None
[X]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                   SOURCE (if more than one)

### 2. Income other than from employment or operation of business


None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $24.82/mo. | Saturn Club Pension |
| $289.16/mo. | Buffalo Club Pension |
| $83.33/mo. | Linde Corp. Pension |
| $923.00/mo. | Social Security |

### 3. Payments to creditors

None ☒☒

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|


None ☒☒☒

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments


None ☒☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None


| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
XX

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
XX

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
XX

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

7. **Gifts**

None [XX]

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8. **Losses**

None [XX]

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

9. **Payments related to debt counseling or bankruptcy**

None [ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard T. Vallone, Esq.<br>Wojtan, Vallone & Gagola<br>2956 Union Rd.<br>Cheektowaga, NY 14227 | 10/14/03 | $1,000.00<br>Attorney's fees & costs |

10. **Other transfers**

None [XX]

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts


None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor


None
XX

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
XX

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
XX

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF      ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE       LAW

---


None
XX

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF      ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE       LAW

---

None
XX

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with

respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS             DOCKET NUMBER              STATUS OR
OF GOVERNMENTAL UNIT                                    DISPOSITION

---

18. Nature, location and name of business     This section not-applicable

None
[X]   a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
          businesses, and beginning and ending dates of all businesses in which the debtor was an officer,
          director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed
          professional within the six years immediately preceding the commencement of this case, or in which the debtor
          owned 5 percent or more of the voting or equity securities within the six years immediately preceding the
          commencement of this case.

              If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
          businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
          percent or more of the voting or equity  securities, within the six years immediately preceding the
          commencement of this case.

              If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
          businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
          percent or more of the voting or equity securities within the six years immediately preceding the
          commencement of this case.

                     TAXPAYER                                          BEGINNING AND ENDING
          NAME       I.D. NUMBER    ADDRESS      NATURE OF BUSINESS     DATES

None
[X]   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
          defined in 11 U.S.C. § 101.

          NAME                      ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an
officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in
business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
XX

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

None
XX

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                  DATES SERVICES RENDERED

None
XX

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS

None
XX

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                      DATE ISSUED

**20. Inventories**

None
XX

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)

None
XX

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN
                                         OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None


a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS　　　　NATURE OF INTEREST　　PERCENTAGE OF INTEREST

None


b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS　　　　　　TITLE　　　　　NATURE AND PERCENTAGE OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None


a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME　　　　　　　　　ADDRESS　　　　　DATE OF WITHDRAWAL

None


b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS　　　　　　TITLE　　　　　DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,　　　　　DATE AND PURPOSE
RELATIONSHIP TO DEBTOR　　OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION
AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**


None
XX

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**


None
XX

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND     TAXPAYER IDENTIFICATION NUMBER

---

•  •  •  •  •  •

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 12/10/03 _____

Signature of Debtor *Ruth Wright*
RUTH WRIGHT

Date _____

Signature of Joint Debtor (if any) _____

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER *(See 11 U.S.C. § 110)*

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____10____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

In re  RUTH WRIGHT                                    ,      Case No. _____
                    Debtor                                                      (If known)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G– Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C–Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House<br><br>29 Browining Avenue<br>Tonawanda, NY 14150 | Sole owner in fee simple | | 60,000.00 | 17,504.80<br><br>(Home Equity Loan) |
| | | Total | $    60000.00 | |

© 1991 WEST PUBLISHING COMPANY

In re  RUTH WRIGHT                                              ,        Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C– Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G– Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ✔ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings Account<br><br>First Niagara Savings<br><br><br>Checking Account<br><br>M & T Bank<br><br><br>Checking Account<br><br>First Niagara Bank<br>Lockport, NY | | 2,500.00<br><br><br><br>0.00<br><br><br><br>0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

In re  RUTH WRIGHT _____     Case No. _____
           Debtor                                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Standard household goods supplies & furnishings<br><br>Debtor's residence | | 800.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✔ | | | |
| 6.  Wearing apparel. | | Standard Wearing Apparel<br><br>Debtor's residence | | 300.00 |
| 7.  Furs and jewelry. | ✔ | | | |
| 8.  Firearms and sports, photographic and other hobby equipment. | ✔ | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | ✔ | | | |
| 10.  Annuities.  Itemize and name each issuer. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

In re ___RUTH WRIGHT_____          Case No. _____
                Debtor                                                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Pension: Travelers Ins. Co. (The Saturn Club) | | 24.82 per mo. |
| | | Pension: Linde Corp. | | 83.33 per mo. |
| | | New England Insurance Co. (The Buffalo Club) | | 289.16 per mo. |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✔ | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | ✔ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✔ | | | |
| 15. Accounts receivable. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re <u>RUTH WRIGHT</u>

Debtor            Case No. _____

(If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✔ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ✔ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ✔ | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✔ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✔ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ✔ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

In re <u>RUTH WRIGHT</u>

Debtor

Case No. _____

(If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ✔ | | | |
| 24. Boats, motors, and accessories. | ✔ | | | |
| 25. Aircraft and accessories. | ✔ | | | |
| 26. Office equipment, furnishings, and supplies. | ✔ | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | ✔ | | | |
| 28. Inventory. | ✔ | | | |
| 29. Animals. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

In re <u>RUTH WRIGHT</u>

Debtor

Case No. _____

(If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | ✔ | | | |
| 31. Farming equipment and implements. | ✔ | | | |
| 32. Farm supplies, chemicals, and feed. | ✔ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | ✔ | | | |
| | | | Total | $ 3600.00 |

© 1991 WEST PUBLISHING COMPANY

_____5_____ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  RUTH WRIGHT

Debtor

Case No. _____

(If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 157532375 <br> GreenTree <br> c/o Conseco Finance <br> 500 Landmark Towers <br> 345 St. Peter Street <br> St. Paul, MN 55102-1641 | | | 29 Browning <br> Tonawanda, NY 14150 <br> 1996 <br> Home Equity Loan <br><br> VALUE $ $60,000.00 | | | | 17,504.80 | 0.00 |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

___0___ continuation sheets attached

Subtotal
(Total of this page)  $ 17504.80

Total
(Use only on last page)  $ 17504.80

© 1991 WEST PUBLISHING CO.

In re  RUTH WRIGHT
_____
                    Debtor

Case No. _____
                              (If known)

## SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C.A. § 522(b)(1)  Exemptions provided in 11 U.S.C.A. § 522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C.A. § 522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Savings Account | Debtor & Creditor Law Sec. 283 | 2,500.00 | 2,500.00 |
| Standard household goods supplies & furnishings | CPLR SEC. 5205(a)(5) | 800.00 | 800.00 |
| Standard Wearing Apparel | CPLR SEC. 5205(a)(5) | 300.00 | 300.00 |
| Pension: Travelers Ins. Co. (The Saturn Club) | Debtor & Creditor Law Sec. 282 | 24.82/mo or 100% | 24.82 per mo. or 100% |
| Pension: Linde Corp. | Debtor & Creditor Law Sec. 282 | 83.33 per mo. or 100% | 83.33 per mo. or 100% |
| Pension: New England Insurance Co. (The Buffalo Club) | Debtor & Creditor Law Sec. 282 | 289.16/mo. or 100% | 289.16 per mo. or 100% |
| Social Security | Debtor & Creditor Law Sec. 282 | 923.00/mo. or 100% | 923.00/mo. or 100% |

© 1991 WEST PUBLISHING CO.

FORM B6E
(12/94)

In re . __RUTH WRIGHT_____    Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives , up to maximum of $4000* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of theoriginal petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on a commitment to the FDIC, RTC, Directory of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1995 WEST PUBLISHING CO. continuation sheets attached

In re     RUTH WRIGHT                                                 ,          Case No. _____
                    Debtor                                                                              (If known)


# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Tax Claims
_____
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br>Internal Revenue Service<br>Holtsville, NY 00501-0021 | | | Income Taxes due<br><br>2000 | | | | $ 613.00 | 613.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | $ 613.00 |
|---|---|---|
| | Total (Use only on last page of the completed Schedule E) | $ 613.00 |

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

In re    **RUTH WRIGHT**                              ,      Case No. _____
              Debtor                                                      (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4366150001012056 <br> Bank One <br> P.O. Box 15153 <br> Wilmington, DE 19886 | | | Purchases <br><br> 2001 <br><br><br> Setoff Amount     0.00 | | | | 2,607.12 |
| ACCOUNT NO. 4366-1500-0101-2056 <br> Bank One <br> P.O. Box 15153 <br> Wilmington, DE 19886-5153 | | | Purchases <br><br> 3/03 <br><br><br> Setoff Amount     0.00 | | | | 9,809.55 |
| ACCOUNT NO. 4313027291001110 <br> Bankcard Services <br> P.O. Box 15137 <br> Wilmington, DE 19886 | | | Purchases <br><br> 1993 <br><br><br> Setoff Amount     0.00 | | | | 4,923.63 |
| ACCOUNT NO. 080201841 <br> BonTon <br> P.O. Box 2285 <br> York, PA 17405 | | | Purchases <br><br> 1983 <br><br><br> Setoff Amount     0.00 | | | | 375.29 |

       __3__ continuation sheets attached            Subtotal $     17715.59

                                                       Total $

© 1991 WEST PUBLISHING COMPANY                 (Report total also on Summary of Schedules)

In re    RUTH WRIGHT                                          Case No. _____
_____                                    _____
                Debtor                                                   (If known)

# SCHEDULE F − CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY JOIN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5187202606641525<br><br>Capital One<br>P.O. Box 85184<br>Richmond, VA 23285 | | | Purchases<br><br>2000<br><br><br>Setoff Amount        0.00 | | | | 719.88 |
| ACCOUNT NO. Unknown<br><br>Catherine's<br>P.O. Box 9025<br>Des Moines, Iowa 50368 | | | Purchases<br><br>2000<br><br><br>Setoff Amount        0.00 | | | | 120.00 |
| ACCOUNT NO. 5680300100674282<br><br>Chase Manhattan Bank<br>P.O. Box 15919<br>Wilmington, DE 19850 | | | Purchases<br><br>2000<br><br><br>Setoff Amount        0.00 | | | | 4,334.01 |
| ACCOUNT NO. 6011002179501150<br><br>Discover<br>P.O. Box 30953<br>Salt Lake City, UT 84130 | | | Purchases<br><br>1993<br><br><br>Setoff Amount        0.00 | | | | 6,263.98 |
| ACCOUNT NO. 70120012109972<br><br>Fleet Bank<br>P.O. Box 970019<br>Boston, MA 02297-0019 | | | loan<br><br>1998<br><br><br>Setoff Amount        0.00 | | | | 4,579.68 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $    16017.55

Total $ _____

(Use only on last page of the completed Schedule F)

© 1991 WEST PUBLISHING COMPANY                    (Report total also on Summary of Schedules)

In re ___RUTH WRIGHT_____    Case No. _____

                Debtor                                                (If known)

# SCHEDULE F − CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 004-9011-21701<br><br>GMAC<br>P.O. Box 22780<br>Rochester, NY 14692-2780 | | | DEFICIENCY FOR LEASE ON 2003 CHEVY MALIBU<br>2003<br>SURRENDERED 10/2/03<br><br>Setoff Amount    0.00 | | | | 7,168.15 |
| ACCOUNT NO. 5491098403206294<br><br>HSBC Bank<br>Suite 0627<br>Buffalo, NY 14270 | | | Purchases<br>1999<br><br>Setoff Amount    0.00 | | | | 13,013.26 |
| ACCOUNT NO. 02771703531<br><br>JC Penney<br>P.O. Box 960001<br>Orlando, FL 32896 | | | Purchases<br>1983<br><br>Setoff Amount    0.00 | | | | 1,155.79 |
| ACCOUNT NO. 518720260641525<br><br>Lane Bryant<br>P.O. Box 182118<br>Columbus, OH 43218 | | | Purchases<br>1995<br><br>Setoff Amount    0.00 | | | | 429.66 |
| ACCOUNT NO. 425807450198314<br><br>M & T Bank<br>P.O. Box 4091<br>Buffalo, NY 14240 | | | Overdraft<br>1995<br><br>Setoff Amount    0.00 | | | | 270.72 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $     22037.58

Total $ _____
(Use only on last page of the completed Schedule F)

© 1991 WEST PUBLISHING COMPANY

(Report total also on Summary of Schedules)

FORM B6F -
Cont.
(10/89)

In re _____RUTH WRIGHT_____     Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 777239690<br><br>Roaman's<br>P.O. Box 659728<br>San Antonio, TX 78265 | | | Purchases<br><br>1993<br><br><br>Setoff Amount          0.00 | | | | 335.14 |
| ACCOUNT NO. 3481680370821<br><br>Sears<br>P.O. Box 182149<br>Columbus, OH 43218 | | | Purchases<br><br>1983<br><br><br>Setoff Amount          0.00 | | | | 1,752.78 |
| ACCOUNT NO. 9-91460055990<br><br>Target<br>Retailers National Bank<br>P.O. Box 59231<br>Minneapolis, MN 55459 | | | Purchases<br><br>1999<br><br><br>Setoff Amount          0.00 | | | | 645.43 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___3___ of ___3___ sheets attached to Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 2733.35

Total $ 58504.07
(Use only on last page of the completed Schedule F)

© 1991 WEST PUBLISHING COMPANY

(Report total also on Summary of Schedules)

FORM B6G
(10/89)

In re  **RUTH WRIGHT**
Debtor

Case No. _____
(If known)

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete  mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE , OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

FORM B6H
(6/90)

In re  RUTH WRIGHT                                    ,          Case No. _____
                  Debtor                                                        (If known)

# SCHEDULE H – CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1991 WEST PUBLISHING COMPANY

FORM B6I
(6/90)

In re  RUTH WRIGHT
_____,   Case No. _____
          Debtor                                                              (If known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Widowed | No Dependents | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Retired | |
| Name of Employer | N/A | |
| How long employed | N/A | |
| Address of Employer | N/A | |

| Income: (Estimate of average monthly income) | DEBTOR | | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ | |
| Estimated monthly overtime | $ 0.00 | $ | |
| SUBTOTAL | $ 0.00 | $ | |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ 0.00 | $ | |
| b. Insurance | $ 0.00 | $ | |
| c. Union dues | $ 0.00 | $ | |
| d. Other (Specify None ) | $ 0.00 | $ | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ | |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ | |
| Income from real property | $ 0.00 | $ | |
| Interest and dividends | $ 0.00 | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ | |
| Social security or other government assistance (Specify) None | $ 923.00 | $ | |
| Pension or retirement income | $ 289.16 | $ | |
| Other monthly income   Pension – Saturn | $ 24.82 | $ | |
| (Specify) Pension – Linde Corp. | $ 83.33 | $ | |
| None | $ 0.00 | $ | |
| TOTAL MONTHLY INCOME | $ 1320.31 | $ | |

TOTAL COMBINED MONTHLY INCOME $ 1,320.31   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1991 WEST PUBLISHING COMPANY

In re __RUTH WRIGHT_____,     Case No. _____
            Debtor                                            (If known)

## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

    Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 250.00 |
| Are real estate taxes included? Yes _____ No _____  N/A | |
| Is property insurance included? Yes _____ No _____  N/A | |
| Utilities  Electricity and heating fuel | $ 75.00 |
|         Water and sewer | $ 0.00 |
|         Telephone | $ 35.00 |
|         Other None | $ 0.00 |
| Home Maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 425.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 120.00 |
| Transportation (not including car payments) | $ 86.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 43.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|         Homeowner's or renter's | $ 0.00 |
|         Life | $ 13.21 |
|         Health | $ 79.40 |
|         Auto | $ 0.00 |
|         Other None | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) IRS is owed | $ 50.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|         Auto | $ 0.00 |
|         Other None | $ 0.00 |
|         Other None | $ 0.00 |
| Alimony, maintenance and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attached detailed statement) | $ 0.00 |
| Other Beauty Parlor, gifts, misc. expenses | $ 50.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  $ 1351.61

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
|                          (interval) | |

© 1991 WEST PUBLISHING COMPANY

# United States Bankruptcy Court

_____ Western _____ **District of** _____ New York _____

In re __RUTH WRIGHT_____     Case No. _____
                    Debtor                                              (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A. Real Property | Yes | 1 | $ 60,000.00 | | |
| B. Personal Property | Yes | 6 | $ 3,600.00 | | |
| C. Property Claimed As Exempt | Yes | 1 | | | |
| D. Creditors Holding Secured Claims | Yes | 1 | | $ 17,504.80 | |
| E. Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 613.00 | |
| F. Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 58,504.07 | |
| G. Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H. Codebtors | Yes | 1 | | | |
| I. Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,320.31 |
| J. Current Expenses of Individual Debtor(s) | Yes | 1 | | | $ 1,351.61 |
| Total Number of Sheets In ALL Schedules | | 19 | | | |
| Total Assets | | | $ 63,600.00 | | |
| Total Liabilities | | | | $ 76,621.87 | |

© 1991 WEST PUBLISHING COMPANY

FORM B6 - Cont.
(12/94)

In re  RUTH WRIGHT                                                Case No. _____
_____
            Debtor                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.  (Total shown on summary page plus 1)

Date _12/10/03_____   Signature _Ruth Wright_____
                                                                          Debtor
                                           Signature _RUTH WRIGHT_____
Date _____                      (Joint Debtor, if any)

                                           (If joint case, both spouses must sign)

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.


_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X _____                _____
Signature of Bankruptcy Petition Preparer                      Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S. §110, 18 U.S.C. §156.

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____(the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.  (Total shown on summary page plus 1)


Date_____        Signature _____

                                           _____
                                           (Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

_Penalty for making a false statement or concealing property._  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.A. §§ 152 and 3571.

© 1995 WEST PUBLISHING COMPANY

Case 1-03-19269-CLB,   Doc 1,   Filed 12/16/03,   Entered 12/16/03 13:27:28,
Description: Main Document , Page 34 of 41

# United States Bankruptcy Court

_____ Western _____ **District of** _____ New York _____

In re   RUTH WRIGHT _____   Case No. _____

                 Debtor

                                             Chapter _____ Seven _____

## DECLARATION CONCERNING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list of creditors, and that it is true and correct to the best of my knowledge, information, and belief.

Date_____ 12/10 /03 _____   Signature _____ _Ruth Wright_ _____

                                                                                    Debtor

                                                              RUTH WRIGHT

Date_____   Signature _____

                                                                  (Joint Debtor, if any)

                                                   (If joint case, both spouses must sign)

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____(the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors, and that it is true and correct to the best of my knowledge, information, and belief.

Date_____

                                             Signature _____

                                                            _____
                                                            (Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

---

_Penalty for making a false statement or concealing property._   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.A. §§ 152 and 3571.

© 1991 WEST PUBLISHING COMPANY

FORM B 203
(1/88)

# United States Bankruptcy Court

_____ Western _____ **District of** _____ New York _____

In re   RUTH WRIGHT                                   Case No. _____
_____
                              Debtor
                                                      Chapter _____ Seven _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C.A. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 791.00 fees +
                                                                                                 209 costs
Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 709.00 " " "

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 0.00 _____

Amount of filing fee remaining to be paid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 0.00 _____

2.  The source of the compensation paid to me was:

    ☑  Debtor              ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    N/A   ☐  Debtor        ☐  Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        Yes
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        Yes
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        Yes

© 1991 WEST PUBLISHING COMPANY

In re  RUTH WRIGHT

_____
                    Debtor

Case No. _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    None

e.  [Other provisions as needed]
    None

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    None

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_12/10_/03
_____
        Date

_____
        Signature of Attorney

RICHARD T. VALLONE, ESQ.
WOJTAN, VALLONE & GAGOLA
_____
        Name of law firm

© 1991 WEST PUBLISHING COMPANY

FORM B8
(9/97)

# United States Bankruptcy Court

**Western** **District of** New York

In re  RUTH WRIGHT

Debtor

Case No. _____

Chapter _____ Seven

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts is as follows:

    a. *Property to Be Surrendered.*

| Description of Property | Creditor's Name |
|---|---|
| House: | |
| 29 Browning | |
| Tonawanda, NY 14150 | GreenTree |

    b. *Property to Be Retained.* *[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: 12/10/03

    ✓ *Ruth Wright*

    Signature of Debtor

    RUTH WRIGHT

Date: _____

    Signature of Joint Debtor

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X _____

Signature of Bankruptcy Petition Preparer      Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110, 18 U.S.C. §156.

© 1997 WEST GROUP

## Form 16A: CAPTION (FULL)

### UNITED STATES BANKRUPTCY COURT
WESTERN      DISTRICT OF   NEW YORK

In re _____ RUTH WRIGHT _____ , )
    *[Set forth here all names including married,*
    *maiden, and trade names used by debtor within*
    *last 6 years.]*
                           Debtor   )   . Case No. _____
                                     )   Chapter 7 _____

Social Security No(s). 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 _____ and all )
Employer's Tax Identification Nos. *[if any]* _____ )

## Form 16B. CAPTION (SHORT TITLE)

### UNITED STATES BANKRUPTCY COURT

WESTERN _____ DISTRICT OF ___ NEW YORK ___

In re ___ RUTH WRIGHT _____

Debtor

Case No. _____

Chapter ___ 7 _____

TO:   U.S. TRUSTEE'S OFFICE

FR:   WOJTAN, VALLONE & GAGOLA

RE:   CHAPTER 7 HEARINGS

DT:   December 15, 2003

Dear Sirs;

Could you please schedule the below hearings for the same day and time:

**CINDY MARIE JARKA**
**RUTH WRIGHT**

Thank you for your courtesy in this matter.


Noreen Kosinski, Assistant to Richard Vallone, Esq. &
Thomas Gagola, Esq.


**03-19269**


RECEIVED
DEC 1 6 2003
BANKRUPTCY COURT
BUFFALO, N.Y.